| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN |
|   |   & DOWD LLP |
| 2 | ERIC I. NIEHAUS (239023) |
|   | 655 West Broadway, Suite 1900 |
| 3 | San Diego, CA  92101 |
|   | Telephone:  619/231-1058 |
| 4 | ericn@rgrdlaw.com |

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALISTER WATT, Individually and on Behalf of All Others Similarly Situated, | )  Case No. 4:25-cv-00368-JSW )</br>)  CLASS ACTION |
|                        Plaintiff, | ) )  JOINT STIPULATION AND [PROPOSED] |
| vs. | )  ORDER: (1) EXTENDING DEADLINE TO )  RESPOND TO THE COMPLAINT; AND |
| OKCOIN USA INC., et al., | )  (2) CONTINUING THE CASE )  MANAGEMENT CONFERENCE |
|                        Defendants. | ) ) |

4921-5488-8727.v1

Pursuant to Rules 6-1(a), 6-2 and 7-12 of the Northern District of California Civil Local Rules, plaintiff in *Watt v. OKCoin USA Inc., et al.*, No. 4:25-cv-00368-JSW, Alister Watt ("Plaintiff"), and Defendants OKCoin USA Inc., Aux Cayes Fintech Co. Ltd., and OKC Holdings Corporation ("Stipulating Defendants," and together with Plaintiff, the "Parties"), hereby consent and stipulate, subject to the terms below, that good cause exists to request an order from the Court extending the time to answer, move, or otherwise respond to Plaintiff's operative complaint in the above-captioned action.

1. On January 10, 2025, Plaintiff filed the Complaint.

2. On January 13, 2025, the Court scheduled a Case Management Conference (the "Case Management Conference") for April 25, 2025, and ordered the Parties to file a joint case management statement (the "Case Management Statement") no later than five court days prior to the Case Management Conference.

3. On January 28, 2025, counsel for Plaintiff and the Stipulating Defendants met and conferred and agreed that the interests of justice would be served by granting additional time to answer, move, or otherwise respond to the Complaint.

4. On February 6, 2025, Plaintiff filed a Corrected Complaint which corrects a misnamed corporate defendant originally identified as "OKX Group" with the entity known as "OKC Holdings Corporation," but made no other material changes to the claims or allegations asserted therein;

5. Within three (3) days of this Stipulation, Plaintiff will voluntarily dismiss without prejudice all claims against OKCoin Europe Ltd., and the Stipulating Defendants presently intend to move to dismiss the claims alleged against them in the Corrected Complaint.

6. There have been no previous extensions to any Defendant's time to answer, move, or otherwise respond to the Complaint.

Accordingly, the Parties stipulate and request that the Court enter an order consistent with these agreed-upon terms. A proposed order is being submitted with this Stipulation.

1. The Stipulating Defendants agree to accept service of the summons and Corrected Complaint through their undersigned attorneys.  By doing so, the Stipulating Defendants are not waiving, and expressly preserve, any defense other than insufficient process and insufficient service of process (Rules 12(b)(4) and (5) of the Federal Rules of Civil Procedure).

2. Any Defendant's time to answer or move to dismiss the Corrected Complaint shall be extended to March 13, 2025.

3. Plaintiff shall file and serve his opposition to any motion(s) to dismiss on or before April 25, 2025.

4. Any reply or replies in further support of the motion(s) to dismiss shall be filed on or before May 16, 2025.

5. The Case Management Conference shall be continued to a date convenient for the Court, after the Court has ruled on any motion(s) to dismiss.  The Parties shall file their Case Management Statement no later than five court days prior to the new Case Management Conference date.

IT IS SO STIPULATED.

DATED:  February 6, 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
ERIC I. NIEHAUS


              s/ Eric I. Niehaus
ERIC I. NIEHAUS

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
ericn@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN (admitted *pro hac vice*)
EVAN J. KAUFMAN (admitted *pro hac vice*)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
srudman@rgrdlaw.com
ekaufman@rgrdlaw.com

|   |   |   |
|---|---|---|
| 1 |   | SILVER MILLER |
| 2 |   | DAVID C. SILVER |
|   |   | (*pro hac vice* forthcoming) |
| 3 |   | JASON S. MILLER |
|   |   | (*pro hac vice* forthcoming) |
| 4 |   | 4450 NW 126th Avenue, Suite 101 |
|   |   | Coral Springs, FL  33065 |
| 5 |   | Telephone:  954/516-6000 |
|   |   | dsilver@silvermillerlaw.com |
| 6 |   | jmiller@silvermillerlaw.com |
| 7 |   | Attorneys for Plaintiff |
| 8 | DATED:  February 6, 2025 | SKADDEN, ARPS, SLATE, MEAGHER |
|   |   |   & FLOM LLP |
| 9 |   | MARK R. S. FOSTER |

 10

 11                                                 s/ Mark R. S. Foster
                                                    ─────────────────────────
 12                                                 MARK R. S. FOSTER

 13                                    525 University Avenue, Suite 1400
                                       Palo Alto, CA  94301
 14                                    Telephone: 650/470-4500
                                       mark.foster@skadden.com

 15                                    SKADDEN, ARPS, SLATE, MEAGHER
                                         & FLOM LLP
 16                                    ALEXANDER C. DRYLEWSKI (*pro hac vice*
                                       forthcoming)
 17                                    One Manhattan West
                                       New York, NY  10001
 18                                    Telephone: 212/735-3000
                                       alexander.drylewski@skadden.com
 19
                                       Attorneys for Defendants OKCoin USA Inc. and
 20                                    Aux Cayes FinTech Co. Ltd.

 21

 22

 23

 24

 25

 26

 27

 28
    JOINT STIPULATION AND [PROPOSED] ORDER: (1) EXTENDING DEADLINE TO RESPOND TO
    THE COMPLAINT; AND (2) CONTINUING THE CASE MANAGEMENT CONFERENCE - 4:25-cv-
    00368-JSW                                                                                    - 3 -
    4921-5488-8727.v1

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)**

I, Eric I. Niehaus, am the ECF User whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER: (1) EXTENDING DEADLINE TO RESPOND TO THE COMPLAINT; AND (2) CONTINUING THE CASE MANAGEMENT CONFERENCE. In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from the signatory.

                                                s/ Eric I. Niehaus
                                                ERIC I. NIEHAUS

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____   _____
                                                       THE HONORABLE JEFFREY S. WHITE
                                                       UNITED STATES DISTRICT JUDGE