UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISTER WATT,<br><br>    Plaintiff,<br><br>v.<br><br>OKCOIN USA INC., et al.,<br><br>    Defendants. | Case No. 25-cv-00368-JSW<br><br>**ORDER TO SHOW CAUSE RE REGULAR PRACTICE OF LAW IN CALIFORNIA**<br><br>Re: Dkt. No. 16 |

Now before the Court is Attorney Alexander Drylewski's application for admission *pro hac vice*. Applicants who seek to practice in this District *pro hac vice* must not be "regularly engaged in the practice of law in the State of California." Civ. L.R. 11-3(c)(2). A cursory search of the Court's electronic filing system shows that Attorney Drylewski has been admitted *pro hac vice* in five actions in this District and in one action in the Central District of California since June 2020.

The Court HEREBY ORDERS Attorney Drylewski to SHOW CAUSE why the Court should not deny his application on the basis that Attorney Drylewski is regularly engaged in the practice of law in California. Attorney Drylewski shall respond in writing by February 21, 2025.

**IT IS SO ORDERED.**

Dated: February 7, 2025

_____
JEFFREY S. WHITE
United States District Judge