MARK R. S. FOSTER (SBN 223682)
Mark.Foster@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Telephone:   (650) 470-4500
Facsimile:   (650) 470-4570

ALEXANDER C. DRYLEWSKI (*pro hac vice*)
Alexander.Drylewski@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:   (212) 735-3000
Facsimile:   (917) 777-2129

*Attorneys for Defendants*
*OKCoin USA Inc., Aux Cayes FinTech Co. Ltd.,*
*and OKC Holdings Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ALISTER WATT and JAMES SUPPLES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>OKCOIN USA INC., et al.,<br><br>Defendants. | Case No.: 4:25-cv-00368-JSW<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISION**<br><br>The Honorable Jeffrey S. White |

1 | Pursuant to Civil Local Rule 7-3(d)(2), Defendants OKCoin USA Inc., Aux Cayes FinTech Co. Ltd., and OKC Holdings Corporation ("Defendants") respectfully submit the attached supplemental authority in connection with their pending Motion to Dismiss (ECF 28). Yesterday, the attached Report and Recommendation was issued involving one of the same Plaintiffs here (Supples), represented by the same counsel, and involving substantially similar civil RICO, conversion, and aiding and abetting claims. *Reca, et al. v. Flashdot Limited*, No. 24-cv-06316-GHW-SLC (S.D.N.Y. Nov. 13, 2025) (recommending dismissal with prejudice for failing to plead proximate causation, but-for causation, or a RICO conspiracy, among other grounds). *Reca* was issued after Defendants filed their reply brief on June 25, 2025. (ECF 31.)

DATED: November 14, 2025

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

*/s/ Mark R. S. Foster*
Mark R. S. Foster

*Attorneys for Defendants*
*OKCoin USA Inc., Aux Cayes FinTech Co. Ltd., and OKC Holdings Corporation*