MARK R. S. FOSTER (SBN 223682)
Mark.Foster@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Telephone:    (650) 470-4500
Facsimile:    (650) 470-4570

ALEXANDER C. DRYLEWSKI (*pro hac vice*)
Alexander.Drylewski@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:    (212) 735-3000
Facsimile:    (917) 777-2129

*Attorneys for Defendants*
OKCoin USA Inc., Aux Cayes FinTech Co. Ltd.,
and OKC Holdings Corporation

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| ALISTER WATT and JAMES SUPPLES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>OKCOIN USA INC., et al.,<br><br>Defendants. | Case No.: 4:25-cv-00368-JSW<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISION**<br><br>The Honorable Jeffrey S. White |

Pursuant to Civil Local Rule 7-3(d)(2), Defendants OKCoin USA Inc., Aux Cayes FinTech Co. Ltd., and OKC Holdings Corporation ("Defendants") respectfully submit the attached supplemental authority in connection with their pending Motion to Dismiss (ECF 28). Defendants previously notified the Court of a Report and Recommendation issued in *Reca, et al. v. Flashdot Limited*, No. 24-cv-06316-GHW-SLC, 2025 WL 3187079 (S.D.N.Y. Nov. 13, 2025), recommending dismissal with prejudice of substantially similar civil RICO, conversion, and aiding and abetting claims involving one of the same Plaintiffs here (Supples), represented by the same counsel. (ECF 33.) Yesterday, Judge Gregory H. Woods issued a decision dismissing all claims. *Reca, et al. v. Flashdot Limited*, No. 24-cv-06316-GHW-SLC, 2026 WL 82702 (S.D.N.Y. Jan. 12, 2025). The *Reca* decisions were issued after Defendants filed their reply brief on June 25, 2025. (ECF 31.)

DATED: January 13, 2025

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

*/s/ Mark R. S. Foster*
Mark R. S. Foster

*Attorneys for Defendants*
*OKCoin USA Inc., Aux Cayes FinTech Co. Ltd., and OKC Holdings Corporation*